IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIGHTHOUSE LIFE
INSURANCE COMPANY,

      Plaintiff,

  v.                                      Civil Action 2:17-cv-573
                                           Judge George C. Smith
                                           Magistrate Judge Jolson

THERESE M. HALL, et al.,

      Defendants.

## ORDER

Plaintiff has filed an unopposed Motion to Transfer Venue to the Northern District of Ohio, Eastern Division, pursuant to 28 U.S.C. § 1406(a). (Doc. 3). Plaintiff explains that it researched Defendants' domicile in good faith prior to filing this action and believed that Defendants resided in Harrison County, Ohio (a county in which this District possesses jurisdiction). (*Id.* at 1). However, after filing suit Defendants' counsel advised Plaintiff's counsel that Defendants actually reside in Carroll County, Ohio, a county in which the Northern District of Ohio possessed jurisdiction. (*Id.*). Consequently, no parties reside in this District and no events or omissions giving rise to Plaintiff's claims occurred in this District.

Under 28 U.S.C. § 1406(a), "[t]he district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Based upon the foregoing, Plaintiff's unopposed Motion to Transfer Venue (Doc. 3) is **GRANTED**. The Clerk

of Courts is hereby **DIRECTED TO TRANSFER** this case to the Northern District of Ohio, Eastern Division.

    IT IS SO ORDERED.


Date: July 31, 2017                                            /s/ Kimberly A. Jolson
                                                                              KIMBERLY A. JOLSON
                                                                              UNITED STATES MAGISTRATE JUDGE